UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.                                                Crim. No. 04-403 (JNE/SRN)
                                                ORDER

Cameron J. Lewis (1) and
J. Tyron Lewis (2),

    Defendants.

In a Report and Recommendation dated March 24, 2006, the Honorable Susan Richard Nelson, United States Magistrate Judge, recommended that Defendants' motions to change venue for trial be denied. Defendants objected. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

1. Defendants' motions to change venue for trial [Docket Nos. 180, 184, 187, 189, 190] are DENIED.

Dated: June 1, 2006

                                                                    s/ Joan N. Ericksen
                                                                      JOAN N. ERICKSEN
                                                                      United States District Judge